UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case No. 3:14-cv-30215 MGM

| | |
|---|---|
| Ellen Simes ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | DECLARATION OF ELLEN SIMES |
| ) | |
| Drug Stores II LLC d/b/a Innovo Specialty ) | |
| Compounding Solutions, ) | |
|     Defendant ) | |

I, Ellen Simes, do hereby depose and state as follows:

1. I submit this affidavit in support of Plaintiff's Opposition to Motion to Transfer Venue. I have personal knowledge of the facts stated herein.

2. I am an instructional designer and developer.

3. I live in Springfield, Massachusetts and work out of my home office.

4. Although I sometimes hire subcontractors to work on projects, I am a sole proprietor and have no employees.

5. All of my business records and computer equipment are located in my home office in Springfield, Massachusetts.

6. Although no final decisions have as yet been made with regard to witnesses, I currently expect that the witnesses we would call at trial of this matter would include: Donna Kilcoyne, the Chief Executive Officer of Custom Learning Designs, and Mary Clare Calvagna, a business developer for Custom Learning Designs, Kim McKiernan, a programmer and instructional editor, and Suzanne Burrell, a workshop writer and instructional designer.

7. Custom Learning Designs, a company that provides pharmaceutical, biotech and medical device training materials, is located in Belmont, Massachusetts. At Kimberly Hanson's request, I referred Innovo to Custom Learning Designs for the drafting of clinical modules needed by Innovo. Ms. Kilcoyne and Ms. Calvagna have knowledge of the actions taken by Innovo, through Ms. Hanson, to retain the services of Custom Learning Designs.

8. I retained Ms. McKiernan and Ms. Burrell to work on the training workshops I provided to Innovo. Ms. McKiernan lives in Massachusetts and Ms. Burrell lives in Pennsylvania. I expect that each will testify about the quantity, quality and value of work she completed on Innovo projects and the amount of money that I paid her for that work.

Stated under the pains and penalties of perjury, this 13th day of March, 2015

*Ellen F. Simes*
Ellen Simes

1974027