UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELLEN SIMES, | * |
| | * |
| Plaintiffs, | * |
| | * Civil Action No. 14-30215-MGM |
| v. | * |
| | * |
| DRUG STORES II LLC d/b/a INNOVO | * |
| SPECIALTY COMPOUNDING SOLUTIONS, | * |
| | * |
| Defendants, | * |

MEMORANDUM AND ORDER RE: REPORT AND RECOMMENDATION
REGARDING DEFENDANT'S MOTION TO TRANSFER VENUE

(Dkt. Nos. 13, 28)

June 17, 2015

MASTROIANNI, U.S.D.J.

Magistrate Judge Katherine A. Robertson has recommended the court deny Defendant's motion to transfer this case to New Jersey. (Dkt. No. 13; Dkt. No. 28.) No objections have been filed.

Based upon the thorough analysis presented in the Report and Recommendation, and noting there are no objections, the court, upon de novo review, hereby ADOPTS the Report and Recommendation. (Dkt. No. 28.) Based upon this, the Motion to Transfer Venue is DENIED.

It is So Ordered.

/s/ Mark G. Mastroianni
MARK G. MASTROIANNI
United States District Judge